■ BATES CHEVROLET CORP., Respondent, v. HAVEN CHEVROLET, INC., et al., Appellants.— The corrected final judgment entered on December 28, 1961 is unanimously modified, on the law and the facts, and without costs to any party, to the extent of reducing said judgment to the amount of $19,227.38, plus the costs and disbursements taxed in the court below, including in such costs and disbursements the Referee's fee in the sum of $1,750, and is otherwise affirmed. We find upon the proof presented to the Referee that the overhead expenses of plaintiff sales agency were ascertainable and allocable to the sale of the 159 vehicles involved in this action to enforce a restrictive covenant in an employment contract; and that such overhead expenses should properly have been deducted from the assessment of damages in favor of plaintiff (*Cutter* v. *Gudebrod Bros. Co.*, 190 N. Y. 252; *Tremaine* v. *Hitchcock & Co.*, 23 Wall. [90 U. S.] 518). Upon the evidence submitted to the Referee the overhead cost allocable to each car was $75, or a total of $11,925 for the 159 vehicles. Settle order on notice. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ.

■ MITCHELL & MORGAN, INC., v. ADRIAN BAUMGART, as Ancillary Administrator of the Estate of JOSEPH SCHNEEBALG, Deceased.— Motion for resettlement granted to the extent of resettling the order of this court entered on May 8, 1962 (*ante,* p. 758) by adding the following: " and it is further ORDERED, that compliance with said order be had within thirty days from the date of the service upon the attorneys for defendant-appellant of a copy of this order with notice of entry." Submit resettled order. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOSE GARCIA. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HILTON MARRERO. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CURLEAN KELLY. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JUAN ROCHE. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR BENJAMIN. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. NICK THEOFILOS. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (G) THE PEOPLE OF THE STATE OF NEW YORK v. ELMO LAZZARINI.— [In each action] Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between DOUGHBOY INDUSTRIES, INC. and PANTASOTE COMPANY.— Motion for stay denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY WRIGHT v. MILTON KLEIN, as Warden, Bronx County House of Detention.— Motion to withdraw appeal granted and the appeal taken by relator-appellant from the order of the Supreme Court, Bronx County, entered on January 25, 1962 is withdrawn. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.